McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Suite 4410 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JUL 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE ORTIZ HERNANDEZ,<br><br>        Defendant. | 1:06-cr-00162 OWW<br><br>ORDER TO UNSEAL INDICTMENT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 6(e). |

The Indictment in this case having been sealed and partially unsealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the Indictment be unsealed and made public record.

Dated: July 25th, 2006

HON. LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1